NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RIPARIUS VENTURES LLC,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC., SKYPE TECHNOLOGIES SA, RTX TELECOM A/S,**
*Appellees*

---

2015-1757

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/000,502, 95/001,164.

---

**JUDGMENT**

---

JOSEPH N. HOSTENY III, Niro, Haller & Niro, Chicago, IL, for appellant. Also represented by ARTHUR A. GASEY.

THEODORE M. FOSTER, Haynes & Boone, LLP, Dallas, TX, argued for all appellees. Appellee Cisco Systems, Inc. also represented by DAVID L. McCOMBS, DEBRA JANECE McCOMAS.

JASON STEVEN SHULL, Banner & Witcoff, Ltd., Chicago, IL, for appellees Skype Technologies SA, RTX Telecom A/S. Also represented by SHAWN P. GORMAN, TIMOTHY COLIN MEECE; BRADLEY CHARLES WRIGHT, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 March 15, 2016 
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court